## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULETTA LANGLEY, <br><br> Plaintiff, <br><br> v. <br><br> SELENE FINANCE, LP, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 20-3445 (WJM (LDW) <br><br> **ORDER** |

The Court having held a case management conference and having determined that the parties should engage in further settlement discussions before filing dispositive motions;

**IT IS, on this 29th day of September 2021,**

**ORDERED** the parties shall engage in informal settlement discussions by way of renewed demands and offers, and shall keep the Court apprised of their progress by sending a joint settlement status letter to the undersigned at **LDW_orders@njd.uscourts.gov** on or before **November 5, 2021**; and it is further

**ORDERED** that there shall be a status conference on **December 2, 2021 at 2:30 p.m.**; and it is further

**ORDERED** that in the event the action is not settled by the parties' informal efforts, there shall be a settlement conference on **January 12, 2022 at 10:00 a.m.**, at which all counsel and principals shall be in attendance. The Court will advise the parties of the means by which the conference will be held prior to that date. Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.; and it is further

**ORDERED** that the parties' letters requesting pre-motion leave to move for summary judgment shall be filed no later than 3 business days before the January 12, 2022 settlement conference.

                                                             *s/ Leda Dunn Wettre*
                                                             Hon. Leda Dunn Wettre
                                                             United States Magistrate Judge